UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| VALERIE BRENSTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:18 CV 1229 RWS |
| ) | |
| GATEWAY TRANSPORTATION ) | |
| CENTER, ) | |
| ) | |
| Defendant. ) | |

## **MEMORANDUM AND ORDER**

Plaintiff filed this and another lawsuit in this Court alleging employment discrimination. Plaintiff made the same allegations in each lawsuit, namely that she was discriminated against while providing housekeeping services at the Gateway Transportation Center. Gateway Transportation Center is not a legal entity capable of being sued, but rather a facility operated by the City of St. Louis. [Doc. # 10-2]. The City of St. Louis in turn contracted with MERS Goodwill to provide housekeeping services at Gateway Transportation Center. [Id.] Plaintiff was never employed by the City of St. Louis, but was at all relevant times employed by MERS Goodwill, whom she has sued in *Brenston v. MERS Goodwill*, 4: 18 CV 1239 NCC. For these reasons, I ordered plaintiff to show cause in writing by November 9, 2018, why this case should not be dismissed without prejudice. Plaintiff was specifically warned that her failure to file a timely response would result in the dismissal of her case without further notice by the Court. Plaintiff has failed to file a response to the Show Cause Order, and her time for doing so has expired.

For the reasons set out above, this case is dismissed without prejudice. Plaintiff's separate lawsuit against her employer (*Brenston v. MERS Goodwill*, 4: 18 CV 1239 NCC)

remains pending.

Accordingly,

**IT IS HEREBY ORDERED** that **this case is dismissed without prejudice, and defendant's motion to quash and dismiss [10] is denied as moot.**

A separate Judgment of Dismissal is entered this same date.

                                        RODNEY W. SIPPEL
                                        UNITED STATES DISTRICT JUDGE

Dated this 13th day of November, 2018.